WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jordan Lane Hidde, | No. CV-20-02099-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| Attorney General of the State of Arizona, et al., | |
| Respondents. | |

Petitioner has filed a motion for certificate of appealability with this Court. (Doc. 37). This Court has already denied a certificate of appealability. (Doc. 32 at 11). To the extent Petitioner seeks a certificate of appealability from the Court of Appeals, no notice of appeal has been filed, so there is no appellate case number for this Court to transfer this request to. Thus,

**IT IS ORDERED** that the motion for a certificate of appealability (Doc. 37) is denied. The deadline set in Doc. 36 is not extended.

Dated this 12th day of May, 2022.

James A. Teilborg
Senior United States District Judge